AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Richard Owen | U.S. District Court Southern District of New York | 5/15/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Senior Full Time U.S. District Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  XX Annual  ___ Final | 6. Reporting Period 1/1/06–12/31/06 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address U.S. Courthouse 40 Centre Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee | Manhattan School of Music |
| President and Board Member | NY Lyric Opera Co. |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| XX NONE (No reportable agreements.) | |

*(stamp: RECEIVED 2007 MAY 21 A 9:51 FINANCIAL DISCLOSURE OFFICE)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| Richard Owen | Music Royalties-Amer.Society of Composers, Authors and Publishers (ASCAP) | $ 201 |
| ▬▬ | Opera and concert singer; Faculty Member-Manhattan School of Music; Assist. Prof. Barnard College-in voice | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | | |
| | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amount Code 1 (A-H) | B. Type (e.g. div, rent, or int.) | C. (1) Value Code 2 (J-P) | C. (2) Value Method Codes (Q-W) | D. (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | RIC | HARD | | OWEN | | | | | |
| 1 AGERE SYSTEMS | | NONE | J | T | | | | | |
| 2 ALCATEL - LUCENT ADR | | NONE | J | T | MERGER | 11/30 | J | A | NOTE LUCENT |
| 3 LUCENT | | NONE | | | MERGER | 11/30 | | | MERGED INTO ALCATEL - LUCENT |
| 4 ANHEUSER BUSCH COS | A | DIV | J | T | | | | | |
| 5 CONSOLIDATED EDISON | A | DIV | J | T | BUY | 5/9 | J | | |
| 6 DOW CHEMICAL CO. | A | DIV | J | T | | | | | |
| 7 FIFTH THIRD BANCORP | A | DIV | J | T | | | | | |
| 8 HANES BRANDS INC | | NONE | J | T | SPIN-OFF | 9/11 | J | | FR: SARA LEE CORP. |
| 9 H J HEINZ | A | DIV | J | T | | | | | |
| 10 HOME DEPOT | A | DIV | J | T | | | | | |
| 11 INTEL CORP | A | DIV | J | T | | | | | |
| 12 KIMBERLY CLARK | A | DIV | J | T | | | | | |
| 13 MOTOROLA INC. | A | DIV | J | T | | | | | |
| 14 PROCTER & GAMBLE | A | DIV | K | T | | | | | |
| 15 QUALMAX | | NONE | J | T | | | | | F/K/A BENCH GROUP INC |
| 16 SARA LEE | A | DIV | J | T | BUY | 1/23 | J | | |
| 17 FHLB 5.015% 10-8-08 | A | INT | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) RICHARD OWEN | | | | | | | | | |
| 1 FHLB 6.5% 11-13-09 | B | INT | K | T | | | | | |
| 2 NY ST TWY AUTH 4.6% 4-1-09 | A | INT | K | T | | | | | |
| 3 NYC G/O 5.25% 8-1-09 | A | INT | J | T | | | | | |
| 4 CORNING NY 4% 11-15-11 | A | INT | K | T | | | | | |
| 5 NY NYC MUN WTR FIN AUTH 4.75% 6-15-12 | B | INT | K | T | | | | | |
| 6 HILTON CSD NY 3.75% 6-15-13 | A | INT | K | T | | | | | |
| 7 W BABYLON UFSD NY 4% 7-15-14 | A | INT | J | T | | | | | |
| 8 GROUPE DANONE ADR | | NONE | | | SELL | 3/30 | J | A | |
| 9 GROUPE DANONE ADR | | NONE | | | SELL | 4/4 | J | A | |
| 10 INT'L PAPER | A | DIV | | | SELL | 58 | J | A | |
| 11 JP MORGAN CHASE 6.125% 1-15-06 | B | INT | | | REDEEM | 115 | K | B | |
| 12 MELLON FWL | | NONE | | | SELL | 13 | J | A | |
| 13 MELLON FWL | | NONE | | | SELL | 1-10 | J | A | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) RICHARD OWEN | | | | | | | | | |
| 1 SOUTHERN | A | DIV | J | T | | | | | |
| 2 INTER PUBLIC | A | DIV | J | T | | | | | |
| 3 PENNWEST PET | B | DIV | J | T | | | | | |
| 4 UNICOM | A | DIV | J | T | | | | | |
| 5 SBC COMMUNICATION | A | DIV | J | T | | | | | |
| 6 UNITED TECHNOLOGIES | A | DIV | J | T | | | | | |
| 7 AMERICAN ELEC POWER | B | DIV | K | T | | | | | |
| 8 AMERITECH | A | DIV | J | T | | | | | |
| 9 BELL SOUTH | A | DIV | J | T | | | | | |
| 10 GLOBAL CROSSING | | NONE | A | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AGERE SYSTEMS | | NONE | J | T | | | | | |
| 2 ALCATEL – LUCENT ADR | | NONE | J | T | MERGER | 11/30 | J | A | NOTE LUCENT MERGED INTO |
| 3 LUCENT | | NONE | | | MERGER | 11/30 | | | ALCATEL LUCENT |
| 4 ANHEUSER BUSCH COS | A | DIV | J | T | | | | | |
| 5 CONSOLIDATED EDISON | A | DIV | J | T | | | | | |
| 6 DOW CHEMICAL | A | DIV | J | T | | | | | |
| 7 FITH THIRD BANCORP | A | DIV | J | T | BUY | 5-9 | J | | |
| 8 HANESBRAND INC | | NONE | J | T | SPINOFF | 9-11 | J | | FR: SARA LEE CORP |
| 9 HOME DEPOT | A | DIV | J | T | | | | | |
| 10 INTEL | A | DIV | J | T | | | | | |
| 11 MOTOROLA | A | DIV | J | T | | | | | |
| 12 PROCTOR & GAMBEL | A | DIV | K | T | | | | | |
| 13 SARA LEE CORP | A | DIV | J | T | BUY | 1-23 | J | | |
| 14 CIT GROUP 5.5% 11-30-09 | A | INT | J | T | | | | | |
| 15 STRIPS US TREAS 0% 8-15-08 | A | INT | K | T | | | | | |
| 16 FHLB 5.015% 10-8-08 | A | INT | J | T | | | | | |
| 17 S HUNTINGTON NY UFSD 3.625%  5-15-11 | A | INT | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001 - $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richard Owen | 5/15/07 |

## VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amt. Code 1 (A-H) | B. Income Type (e.g. div. rent or int.) | C.(1) Value Code 2 (J-P) | C.(2) Value Method Code 3 (Q-W) | D.(1) Type (e.g. buy, sell, redemption) | D.(2) Date Month-Day | D.(3) Value Code 2 (J-P) | D.(4) Gain Code 1 (A-H) | D.(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NY ST TWY AUTH 3.75% 4-1-2012 | A | WT | J | T | | | | | |
| 2 RYE BROOK NY 3.375 4-15-13 | A | WT | J | T | | | | | |
| 3 SUFFOLK CO NY 3.625 12-1-14 | A | WT | J | T | | | | | |
| 4 GROUPE DANONE ADR | | NONE | | | SELL | 3-30 | J | A | |
| 5 GROUPE DANONE ADR | | NONE | | | SELL | 4-4 | J | A | |
| 6 MELLON FWL CORP | | NONE | | | SELL | 1-10 | J | A | |
| 7 INT'L PAPER | A | DIV | | | SELL | 5-8 | J | A | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2  Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544